NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

December 9, 2022

**ERRATA**

Appeal No. 22-1982

**RASHID EL MALIK,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

Decided:  December 8, 2022
Nonprecedential Opinion

Please make the following change:

On page 1, line 24: the decided date of "December 9, 2022" is changed to "December 8, 2022".